UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JANET HOYT,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　Case No:  6:16-cv-1522-Orl-41DCI

**OFF THE TRAXX, LLC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal with Prejudice (Doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 26, 2016.



Copies furnished to:

Counsel of Record